IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL D. PRUITT,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation, and ONVIA, INC., a foreign corporation,<br><br>Defendants. | Case No.: 2:20-cv-00074-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED JOINT MOTION FOR EXTENSION OF TIME |

Plaintiff Michael D. Pruitt ("Plaintiff") and Defendants The Lincoln National Life Insurance Company and Onvia, Inc. (hereinafter, "Defendants") have filed their Stipulated Joint Motion for Extension of Time for an extension of time, up through and including February 26, 2020, for Defendants to answer or otherwise respond to Plaintiff's Complaint For Failure To Pay Disability Insurance Plan Benefits, Damages, and Violation of the Employment Retirement Income Security Act (ERISA) (the "Complaint").

///

///

///

[PROPOSED] ORDER GRANTING
STIPULATED JOINT MOTION FOR
EXTENSION OF TIME - 1
Case No. 2:20-cv-00074-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058

1  IT IS HEREBY ORDERED that Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than February 26, 2020.

DATED: Feb. 7, 2020

_/s/ M S Lasnik_
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented By:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
  Russell S. Buhite, WSBA # 41257
  1201 Third Avenue, Suite 5150
  Seattle, WA 98101
  Telephone: (206) 693-7057
  Facsimile: (206) 693-7058
  Email: russell.buhite@ogletree.com

*Attorneys for Defendants The Lincoln National Life Insurance Company and Onvia, Inc.*

Approved as to Form; Presentation Waived

LePLEY LAW FIRM

By: */s/ Patrick H. LePley*
  Patrick H. LePley, WSBA#7071
  12600 SE 38th Street, Suite 201
  Bellevue, WA 98006
  Telephone: (425) 641-5353
  Facsimile: (425) 747-0611
  Email: phl@lepleylawfirm.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING
STIPULATED JOINT MOTION FOR
EXTENSION OF TIME - 2
Case No. 2:20-cv-00074-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206.693.7057 | Fax: 206.693.7058