Honorable Robert S. Lasnik

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR SNOHOMISH COUNTY

MICHAEL D. PRUITT,

    Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation, and ONVIA, INC., a foreign corporation,

    Defendants.

CASE NO. 2:20-cv-00074-RSL

STIPULATED MOTION FOR DISMISSAL OF ONVIA, INC. AND (~~PROPOSED~~) ORDER

Noted for Consideration: February 27, 2020

COME NOW the parties to this action, by and through their attorneys of record, and stipulate and move that all claims against Defendant Onvia, Inc. be dismissed in their entirety with prejudice. All remaining claims are unaffected by this dismissal.

DATED this 27th day of February, 2020.

    LePley Law Firm

    By:/s *Patrick H. LePley*
    Patrick H. LePley, WSBA #7071

    Attorney for Plaintiff

STIPULATED MOTION FOR DISMISSAL OF ONVIA, INC. AND (~~PROPOSED~~) ORDER
(Case No. 2:20-cv-00074-RSL - 1

LePLEY LAW FIRM
12600 SE 38th Street, Suite 201
Bellevue, WA 98006
P: (425) 641-5353
F: (425) 747-0611

1
2
3
4
5
6
7
8

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.


By:/s *Russell S. Buhite*
Russell S. Buhite, WSBA #41257
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone (206) 693-7057
russell.buhite@ogletree.com

**Attorney for Defendants**

STIPULATED MOTION FOR DISMISSAL OF
ONVIA, INC. AND (PROPOSED) ORDER
(Case No. 2:20-cv-00074-RSL - 2

**LePLEY LAW FIRM**
12600 SE 38th Street, Suite 201
Bellevue, WA  98006
P: (425) 641-5353
F: (425) 747-0611

DATED: Feb. 28, 2020.

**ORDER**

It is SO ORDERED.

_____
Judge of the U.S. District Court

STIPULATED MOTION FOR DISMISSAL OF
ONVIA, INC. AND (PROPOSED) ORDER
(Case No. 2:20-cv-00074-RSL - 3

**LePLEY LAW FIRM**
12600 SE 38th Street, Suite 201
Bellevue, WA  98006
P: (425) 641-5353
F: (425) 747-0611