1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

9  MICHAEL D. PRUITT,                                 Case No. 2:20-cv-00074-RSL

10           Plaintiff,                               **ORDER GRANTING STIPULATION**
                                                      **OF DISMISSAL WITH PREJUDICE**
11       vs.

12

13  THE LINCOLN NATIONAL LIFE
    INSURANCE COMPANY, and ONVIA, INC.,

14
             Defendants.
15

16       THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled

17  Court based on the stipulation of Plaintiff Michael D. Pruitt and Defendant The Lincoln National

18  Life Insurance Company for termination and dismissal of the above-captioned matter, and the

19  Court being fully advised in the premises:

20       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the stipulated motion is

21  GRANTED and all dates and schedules previously set are stricken;

22       IT IS FURTHER ORDERED that the above-captioned matter is terminated in its entirety

23  and dismissed with prejudice, with all parties are to bear their own costs and attorneys' fees.

24
         Dated this 28th day of July, 2020.
25

26                                           _MM S Lasnik_
                                             Robert S. Lasnik
                                             United States District Judge

1   Presented By:

2   OGLETREE, DEAKINS, NASH,
3   SMOAK & STEWART, P.C.

4   By: */s/ Russell S. Buhite*
          Russell S. Buhite, WSBA #41257
5          1201 Third Avenue, Suite 5150
          Seattle, WA  98101
6          Telephone:  (206) 693-7052
          Facsimile:  (206) 693-7058
7          Email:  russell.buhite@ogletree.com

8
    *Attorneys for Defendant The Lincoln National*
9   *Life Insurance Company*

10

11
    Approved as to Form; Presentation Waived:
12
    LePLEY LAW FIRM
13
    By: */s/ Patrick LePley*
14         Patrick H. LePley, WSBA #7071
          12600 SE 38th Street, Suite 201
15         Bellevue, WA 98006
          Telephone:  (425) 641-5353
16         Facsimile:  (425) 747-0611
          Email:  phl@lepleylawfirm.com
17                 alb@lepleylawfirm.com

18  *Attorneys for Plaintiff Michael D. Pruitt*

19

20

21

22

23

24

25

26